## STATE v. GEORGE DIXON.

(Filed 3 November, 1965.)

**Criminal Law § 169—**

Upon the death of the defendant prior to argument of the appeal, the action abates and the appeal will be dismissed.

On 3 February 1965 the petition of George Dixon for writ of *certiorari* to review the trial of the defendant before *Fountain, J.,* at the August Session 1963 of NASH County, was allowed.

Defendant was tried upon a bill of indictment charging him with the murder of Rosa Simmons, alias Rosa Dixon. Defendant was found guilty of murder in the first degree with recommendation of life imprisonment. From the judgment imposed, defendant gave notice of appeal to the Supreme Court. No appeal was perfected. We allowed the defendant's petition for writ of *certiorari* on 3 February 1965 and directed the court-appointed counsel to perfect the appeal and have it docketed in time to be heard in its regular order at the

Fall Term 1965. The appeal was argued before this Court on 28 September 1965.

*Attorney General Bruton, Deputy Attorney General Harry W. McGalliard for the State.*
*Thomas G. Dill and Roy C. Boddie for defendant.*

PER CURIAM. It having been suggested that the defendant has died since appeal herein was docketed and argued in this Court, the action stands abated and the appeal must be dismissed. It is so ordered. *In re LeFevre*, 243 N.C. 714, 91 S.E. 2d 926; 24A C.J.S., Criminal Law, § 1825(3), page 483.

Action abated.
Appeal dismissed.